**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7558**

———————

OLUDARE OGUNDE,

                                    Plaintiff - Appellant,

        versus

JAMES S. GILMORE, III, Governor; MARK L.
EARLEY; RONALD J. ANGELONE; GENE M. JOHNSON;
DANIEL BRAXTON; NASEER MOBASHAR, Dr.,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-00-251-7)

———————

Submitted:  March 22, 2001          Decided:  March 28, 2001

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Oludare Ogunde, Appellant Pro Se.  William W. Muse, Assistant At-
torney General; Frank Fletcher Rennie, IV, COWAN & OWEN, P.C.,
Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Oludare Ogunde appeals the district court's order granting summary judgment in favor of the defendants on a number of claims but declining to dismiss a claim for deliberate indifference to a serious medical need, a claim of negligence, and a claim challenging prison regulations with respect to the number of stamps allowed on an envelope. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED